# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Ellis Berber
American Indian Ministries
8935-1 Baltimore ST
Savage Maryland 20763
PH 301 356 2303

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Barack Obama
Donald Verrilli,
Eric Holder
WHITE HOUSE
DEPT of JUSTICE
Washington D.C.

*(Full name and address of the defendant(s))*
**Defendant(s)**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 AUG 31 P 3: 15

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

RDB 12 CV 2614

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

* * * * * *

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) __Criminal abuse by government agents__ criminal abuse by government Agents

2. The facts of this case are:

The issue is abuse of law which denies free exercise of Religion, and many other Federal law violators denying further constitutional guarantees, that complaints to police and court have failed to get relief. And each time there is retaliation for whistleblowing reports.

The law has neglected duty and abuse authority, crossing state lines violating U.S. codes and Constitutional guarantees. Complaints have been filed, and relief sought, to date the supposed solve x caused greater mental pain and suffering physical hardship, by the acts of mental and or physical moral turpitude in moral depravity, perpetrated by abuse of law to deny free exercise of religion and to persecute, stymie and abuse my person and religious exercise. For all of the foregoing I do each full and complete sentence with and

3. The relief I want the court to order is:

☑ Damages in the amount of: To be determined by court

☐ An injunction ordering: freedom of Religion and that all trespass cease and not repeat itself

☑ Other (explain) that order require and mental and or physical interference cease, so that trespassers be prosecuted and civil relief be granted and constitution be enforced

_____   _____
(Date)                              (Signature)

Ellis Barber
8935 C Baltimore St
Savage Md 20763
Ph: 301-356-8303

(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.